

# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

Robert MERRITT
VS
Steven Gullo

CASE: NO_____

MOTION TO Appoint Counsel

ATT: TO THE Honorable Judge

Reason: I AM INdentgent and also I Have a lot of Cort case's open that I am trying to deal with and I Cannot focus on all of them at this time please Help and IAM Homeless I have no where to Live and that alone is a burden on me it self.

MOTION FOR The Judg to Recieve and Review all Everdance from nurthempton County Prison video Cemna ASAp Perteing to this Assult by the Officer.