IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT MERRITT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **STEVEN GULLO** | : | **NO. 14-5528** |

### O R D E R

    **AND NOW**, this 8th day of October, 2014, upon consideration of the plaintiff's failure to pay the $350.00 filing fee or to file a motion to proceed *in forma pauperis* together with a certified copy of his inmate trust fund account for the preceding six-month period prior to the filing of his complaint, it is **ORDERED** that unless the plaintiff pays or obligates himself to pay the $350 filing fee within 30 days of this Order, this action will be dismissed without prejudice.

                                                                           /s/Timothy J. Savage
                                                                     TIMOTHY J. SAVAGE, J.