**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT MERRITT** | : | **CIVIL ACTION** |
| **v.** | : | |
| **STEVEN GULLO** | : | **NO. 14-5528** |

**O R D E R**

AND NOW, this 13th day of November 2014, plaintiff again having failed to file a certified copy of his prisoner trust fund account statement for the entire six-month period prior to the filing of this civil action on September 24, 2014, as required by 28 U.S.C. § 1915,[1] it is **ORDERED** that the Clerk shall **CLOSE** this action administratively.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.

---

[1] It is plaintiff's responsibility to get a certified statement of his inmate account which shows all deposits, withdrawals, and a running balance, from any correctional facility in which he was confined during the six-month period from March 24, 2014 to September 24, 2014.