

Offender Management System for Windows Version 7.6.4, You are logged in as SBELL

File   Batch Processing   Accounting   Inmate   Xmodules   Reports   Individual Reports   ZHelp

Alerts:   Alias/Staff Conflict/Detainer/Multiple SS #'s/Multiple DOB's/Act 84 Do Not Transfer/Other 2/Homeless

| Classify |
|---|
| Cmmsry Hist |
| Detainers |
| Education |
| Employment |
| Housing |
| ID#'s |
| Incidents |
| Mail Log |
| Miscnducts |
| Physical |
| Property |
| Release |
| Schedule |
| Sentencing |
| Separates |
| Social |
| Status |
| **Transaction** |
| Treatment |
| Victims |
| Visitation |
| Visitors |
| WR Job Cur |
| WR Job Hist |
| Alerts |

Name MERRITT, ROBERT LEVI

Section HIGH RISK   Block F
Cell 21   Bed A   Location MAIN

| Birth | Sex | Race | Release | Admt Type | SS# | Booking# | Permanent# | Booked Date | Classification |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/1969 | M | B | 00/00/0000 | DJ | 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 | 2214-0252 | 12130 | 05/01/2014 | MAXIMUM |

☑ Include Balance on Receipt   ☑ Inmate Receipt   ☑ Include Cost Recovery Disbursement   ☑ Include Officer Signature Line

| Trans Date/Time | Bank Date/Time | Code | Status | Trans Amount | Deposit/Source/Individual To | Receipt# | Check# |
|---|---|---|---|---|---|---|---|
| 10/30/2014 15:28 | | HC | 2 | 10.00 | 10/22/2014   Haircut | 474103 | |
| 10/08/2014 07:48 | | MN | 2 | 3.00 | NURSE   10/7/14   7301 | 472470 | |
| 09/26/2014 07:26 | | MN | 2 | 3.00 | NURSE   9/25/14   7231 | 471555 | |
| 05/30/2014 13:17 | | MD | 2 | 5.00 | PA  5/29/14   6620 | 464018 | |
| 05/28/2014 08:18 | | MN | 2 | 3.00 | NURSE   5/27/14   6603 | 463822 | |
| 05/07/2014 08:39 | | MN | 2 | 3.00 | NURSE  5/6/14   6346 | 462398 | |
| 05/03/2014 20:33 | | CP | 2 | 1.40 | COMMISSARY SUMMARY POSTING | 462152 | |
| 05/01/2014 14:36 | | CS | 1 | 3.76 | self-new commit | 462002 | |
| 05/01/2014 14:23 | | RHC | 2 | 3.00 | From: 2114-8989   To: 2214-0252 | 462000 | |
| 05/01/2014 14:23 | | RHC | 2 | 11.60 | From: 2114-8989   To: 2214-0252 | 461999 | |
| 05/01/2014 14:23 | | RHC | 2 | 4993.20 | From: 2114-8989   To: 2214-0252 | 461998 | |

Current Account Balance: $0.00     Cost Recovery Balance: $-5,032.44     ☑ Display Phone Transactions

Add   Delete   Undelete   Print   Search   Nextq          Receipt   Checks   Old Receipt   Reverse   Save   Abort

Ready

Microsoft Word 2010

Cannot find server

Pennsylvania

Copy of

RECEIVED
NOV 2 6 2014


I. N. The United States District court
For the Eastern District Of Pennsylvania

Robert merritt
V.
Steven Gullo

Civil Action
no: 14-5528

FILED

NOV 26 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Motion To Proceed IN forma pauns

and To wavre all fees or finds I Have no
money cuz Here is the document to show
Proof because the County was witholding this
Information from me I am under Extreem duress?
I Have no Controul over the filcer due or me
So please Accepta this and Reopen this Case
This is all I Recived from Northumpton County Jail
Robert merritt

Robert Merill 12130
Northampton County Prison
666 Walnut Street
Easton, PA 18042

U.S.M.S.
X-RAY

FIRST CLASS MAIL
$00.48°
2014
U.S. POSTAGE
ZIP 18042
041L11231806

TO Michel Clokwiz
United States District Court
Philadelphia PA 19106

Legal mail

**INMATE MAIL**

This correspondence is from a County Prison and the sender is an inmate. The contents have not been evaluated. Northampton County Prison is not responsible for the content or for debts incurred.

19101399999