# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Robert Merritt 12130

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Steven Gullo

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.     Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name   Robert Merritt 12130

ID #   12130

Current Institution   Northampton County Prison

Address   666 Walnut Street

Easton, PA 18042

_Rev. 10/2009_

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name _Steven Gullo_     Shield # _____
                    Where Currently Employed _Northampton County Prison_
                    Address _666 Walnut Street_
                    _Easton PA 18042_

Defendant No. 2     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____

Defendant No. 3     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____

Defendant No. 4     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____

Defendant No. 5     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____

## II.     Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     In what institution did the events giving rise to your claim(s) occur? _NORTHAMPTON_
_COUNTY PRISON 666 WALNUT ST. EASTON, PA. 18042_
B.     Where in the institution did the events giving rise to your claim(s) occur? _IN THE PROCESSING_
_AREA / CENTRAL BOOKING (INTAKE)_

C.     What date and approximate time did the events giving rise to your claim(s) occur? _OCTOBER_
_17, 2012, About_

(P1)

# Statement of facts

On oct 17, 2012 officer steven Gallo Assaulted me wile on duty in Handcuffs in the Back of the Head wile in the Jurisdiction of northampton County Prison of Easton PA for no Known Reason at all.

This officer Injured me Intentionally and willfully and Knowingly Voluntarily did Cause Robert merritt Harm Phillsicly to his body this is on CRAMA Cris Nagul was the Investingating officer of this Crim.

officer steven gallo used Excessive force by squezzing the Hand Cuff on so tight that the circulation my Risk was num and I could not feel my Hands I Told this to the nursh at the warren County correction in Phillisburg NJ. or Bellverdeer

In my belife the prosecutor's or the office Knowing willfully and Intentionally did conspierd to not press charges against Steven Gullo by turing a blind eye Knowing He Committed a Crim against Robert merritt

Cris Nagul witness this and brought this Converstion to the light of the prosecutor and He was Brush off Cris nagul still Have all proof's and Everdence of all Issue and proceedings I would like for this Issue to be Investigated and the truth to be brought to the light

P2

I woud like Steven Gullo cherge prosercuted
on under Deprivation of Rights under Color
of LAW

Section 242 of Title 18 makes it a crime
for a person acting under Color of any law
to willfully deprived a person of a right or
privilege protected by the Constitution
or laws of the United States

Also if the Unknow Names of

the Prosercutor's did Act in Accord with
Steven Gullo Then Thy also Should Be
Held Accountable under Section 241
of Title 18 Conspiracy Against Rights
I went to Reserve Reserv all Rights to addmend to
or to add to this suit of csame UNname PARTY's
When Needed as well as chrges charges

Rubt Merritt

| What happened to you? | D. | Facts: _SEE Attach statment of Facts_ |

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Hit IN the Head Hand Cuffs_
_On to tight risk Num dizzyness could not sleep_
_Seeing blur this should be on the medical_
_Records at Warren County Correction Center at_
_Rout 519 Belvedear I Told the INtick Nursh_
_and all other Nurshises whom were working_

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

NORTHAMPTON COUNTY PRISON  666 WALNUT ST. EASTON PA. 18042

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? CHRIS NAUGLE TOOK CARE OF IT All

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

GRIEVANCE officer CHris NAUGLE TOOK CARE of All ISSUES

1. Which claim(s) in this complaint did you grieve? THAT officer Gullo HIT ME WIke I belive in Hand cuff

2. What was the result, if any? NO RESPOND

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. File 1983 JAN, 31, 2013 #13 CV 580 JUdge Timothy SAVAGE - CASE WAS Closed out By Judge Timothy SAVAGE whom wrote me BACK And Stating That I Could only sue officer Gullo

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_____ N/A _____
_____
_____
_____

2.    If you did not file a grievance but informed any officials of your claim, state who you
informed, when and how, and their response, if any:_____

_____
_____
_____
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. _____

_____
_____
_____
_____
_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). 2.5 Million IN CASH And
CRiminAl CHARges Filed AgAinst officer STEVEN Bullo
IN his personal Compliance and under Color of Law

_____
_____
_____

------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

**VI.**   **Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

      Yes ✓ No ____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.    Parties to the previous lawsuit:

Plaintiff    _Robert  Merritt  12130_

Defendants  _Steven  Gallo_

2.    Court (if federal court, name the district; if state court, name the county) _Federal Court Allentown PA_

3.    Docket or Index number _13 CV 580_

4.    Name of Judge assigned to your case _Timothy  SAVage_

5.    Approximate date of filing lawsuit _JAN 31, 2013_

6.    Is the case still pending?   Yes ____  No ✓

      If NO, give the approximate date of disposition _Dont Know Help_

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _The Case was Closed_
_I Can only Say Steven Bullo_
_the Judge Said._

On
other
claims

C.    Have you filed other lawsuits in state or federal court?

Yes _____ No _✓_

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

_N/A_

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____, 20____.

Signature of Plaintiff _____

Inmate Number _____

Institution Address _____
_____
_____
_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.

Signature of Plaintiff: _Robt Merrutt_____

This is a Refile from

Jan 31 2013  13 CV 580

Close by Timthy Savege Judge
Robt Merrits
      VS
  Steven Gullo

Inmate Account Summary Report

**NORTHAMPTON COUNTY DEPT. OF CORRECTIONS**

Today's Date: 05/13/2014

| Last Name | First Name | | Middle Name | Affix | Booking# | | | | |
|-----------|-----------|---|-------------|-------|----------|---|---|---|---|
| MERRITT | ROBERT | | LEVI | | 2214-0252 | | | | |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | | Curr Bal | CR Bal | Receipt # | Rev? |
|-----------------|-----------|--------|------|--------|---------------------------|---|----------|--------|-----------|------|
| 05/01/2014 14:23 | Withdrawal | -4993.20 | RHC | | From: 2114-8989   To: 2214-0252 | | 0.00 | -4993.20 | 461998 | |
| Authorizing Employee: 9112 | | | | | | Document Locator Number: | | From: 2114-8989 | To: 2214-0252 | |
| 05/01/2014 14:23 | Withdrawal | -11.60 | RHC | | From: 2114-8989   To: 2214-0252 | | 0.00 | -5004.80 | 461999 | |
| Authorizing Employee: 9112 | | | | | | Document Locator Number: | | From: 2114-8989 | To: 2214-0252 | |
| 05/01/2014 14:23 | Withdrawal | -3.00 | RHC | | From: 2114-8989   To: 2214-0252 | | 0.00 | -5007.80 | 462000 | |
| Authorizing Employee: 9112 | | | | | | Document Locator Number: | | From: 2114-8989 | To: 2214-0252 | |
| 05/01/2014 14:36 | Deposit | 3.76 | CS | | self-new commit | | 1.88 | -5005.92 | 462002 | |
| Authorizing Employee: 9112 | | | | | | Document Locator Number: | | | | |
| 05/03/2014 20:33 | Withdrawal | -1.40 | CP | | COMMISSARY SUMMARY POSTING | | 0.48 | -5005.92 | 462152 | |
| Authorizing Employee: | | | | | | Document Locator Number: | | ITI COMMISSARY SUMMARY POSTING | | |
| 05/07/2014 08:39 | Withdrawal | -3.00 | MN | | NURSE 5/6/14 6346 | | 0.00 | -5008.44 | 462398 | |
| Authorizing Employee: 8715A | | | | | | Document Locator Number: | | | | |

| Total Withdrawals | -5012.20 |
|-------------------|----------|
| Total Deposits | 3.76 |