# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT MERRITT : CIVIL ACTION NO. 14-5528
:
vs. :
:
:
STEVEN GULLO

12/9/2014

## N O T I C E

        Pursuant to the Court's order of 12/8/14, the Clerk has been specially appointed to serve a Notice of Lawsuit and Request for Waiver of Summons and Waiver of Service of Summons upon each defendant in the above case. The waiver was mailed to the above defendant(s) on 12/8/14. If the defendant(s) do not waive service by 1/7/15, in compliance with the court's order of 12/8/14, the complaint will be forwarded to the United States Marshal's Service to effect service.

        Very truly yours,

        **MICHAEL E. KUNZ**
        CLERK OF COURT

        by: s/James Deitz_____
            James Deitz, Deputy Clerk